**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**JOHN MATTHEWS,**
          *Plaintiff,*

**v.**

**BARCLAY BANK,**
          *Defendant.*

</td><td>

**Civil No. 25-2353**

</td></tr>
</table>

## ORDER

**AND NOW**, this 4th day of May, 2026, upon consideration of Plaintiff John Matthews' Motion to Amend Pleading (ECF No. 12) and the response thereto, it is hereby **ORDERED** that Plaintiff's motion is **DENIED AS MOOT** for the reasons stated in the accompanying memorandum.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.