**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN MATTHEWS,**<br>***Plaintiff,***<br><br>**v.**<br><br>**BARCLAY BANK,**<br>***Defendant.*** | **Civil No. 25-2353** |

**ORDER**

**AND NOW**, this 13th day of November, 2026, upon consideration of Defendant's Motion to Dismiss for Failure to Prosecute (ECF No. 19), having received no response from Plaintiff and Plaintiff failing to comply with orders directing him to file an amended complaint or show cause why this case should not be dismissed, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO, J.